**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| YOHNUS ADAM MICHAEL CAMERON, | : | Case No. 1:25-cv-196 |
| | : | |
| | : | Judge Matthew W. McFarland |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| WARDEN ANGELA STUFF, | : | |
| | : | |
| Respondent. | : | |

---

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 18)

---

This matter is before the Court on the Magistrate Judge's Report and Recommendation (Doc. 18), as well as Petitioner's Objections (Doc. 21). Petitioner claims that Respondent has failed to timely file a Writ of Return and moves this Court to Proceed to Judgment. (*See* Motion, Doc. 14.) After thoroughly reviewing Petitioner's Objections (Doc. 21), the Court agrees with the Magistrate Judge's conclusion: Respondent timely filed a Return of Writ (Doc. 12) on August 11, 2025. The docket confirms this timeline.

Petitioner highlights the Magistrate Judge's reference to August 11, 2026, rather than August 11, 2025, as the date of Respondent's filing. (*See* Objections, Doc. 21, Pg. ID 608; Report, Doc. 18, Pg. ID 584.) The Court notes this discrepancy and clarifies that the docket reflects Respondent filing her Return of Writ on August 11, 2025. However, Petitioner's Objections do not convince the Court that Respondent's Return of Writ was untimely, so they are otherwise overruled. To the extent that Petitioner objects to the

Report and Recommendation on the basis of judicial bias, this conclusory argument is not well taken. (Objections, Doc. 21, Pg. ID 604, 606-07.) *See Coley v. Bagley*, 706 F.3d 741, 750-51 (6th Cir. 2013); *United States v. Scherer*, 532 F. Supp. 3d 479, 484-85 (S.D. Ohio 2021). Moreover, the Magistrate Judge recommends denying Petitioner's Motion to Proceed to Judgment (Doc. 14) and notes that several other matters "will be addressed at a later date" in due course. (Report, Doc. 18, Pg. ID 584.) Accordingly, Petitioner is not entitled to judgment at this time.

Upon review, the Court hereby **OVERRULES** Petitioner's Objections (Doc. 21), **ADOPTS** the Report and Recommendation (Doc. 18), and **DENIES** Petitioner's Motion to Proceed to Judgment (Doc. 14).

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____

JUDGE MATTHEW W. McFARLAND