**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION - CINCINNATI**

| | | |
|---|---|---|
| YOHNUS ADAM MICHAEL CAMERON, | : | Case No. 1:25-cv-196 |
| | : | |
| Petitioner, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| WARDEN ANGELA STUFF, | : | |
| | : | |
| Respondent. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS**
**(Doc. 28)**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman (Doc. 28), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly,

1. Petitioner's claims are **DENIED** and the Petition (Doc. 1) is **DISMISSED WITH PREJUDICE**;
2. A certificate of appealability is **DENIED**;
3. The Court **CERTIFIES** that an appeal of this Order would not be taken in good faith pursuant to 28 U.S.C. 1915(a)(3), and therefore, Petitioner is **DENIED** leave to appeal in forma pauperis; and
4. The case is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: ______________________________
JUDGE MATTHEW W. McFARLAND